| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jack, Janis G. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>4/20/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1133 N. Shoreline Blvd.<br>Room 321<br>Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▓▓▓▓ Medical Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Aspen Institute, Inc. | Jan. 30-Feb. 1, 2009 | Manhasset, NY | Attend Intnl Human Rights & Humanitarian Laws: Application in Natl Jurisprudence | Transportation and Lodging Reimbursement |
| 2. | American Bar Association | Sept. 11, 2009 | Houston, TX | Speak at conference | Lodging Reimbursement |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 3. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | B | Distribution | | | Closed | 12/31/09 | J | | |
| 4. ▨▨▨▨▨ PROFIT SHARING PLAN: | | | | | | | | | |
| 5. AIM STIC PRIME INSTITUTIONAL* f/k/a SHORT TERM PRIME-I | D | Dividend | M | T | | | | | |
| 6. PIMCO TOTAL RETURN FUND - A | A | Dividend | P1 | T | | | | | |
| 7. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 8. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 9. WINDSTREAM CORP. COMMON STOCK | | None | K | T | | | | | |
| 10. AMERICAN BEACON LG CAP INST | | None | L | T | | | | | |
| 11. MAINSTAY LARGE CAP GROWTH FD I | | None | K | T | | | | | |
| 12. THORNBURG INTL VALUE FUND INSTL CL * | | None | K | T | | | | | |
| 13. THORNBURG VALUE FUND CLASS I* | | None | L | T | | | | | |
| 14. PIMCO FOREIGN BD (USD HEDGED) - INSTL * | | None | M | T | | | | | |
| 15. VANGUARD SHORTTERM INV GRADE INSTL | | None | O | T | | | | | |
| 16. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS: | | | | | | | | | |
| 17. PUTNAM INTL GROWTH FD CL A | | None | L | T | | | | | |

| 1. Income Gain Codes, (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS: | | | | | | | | | |
| 19. PUTNAM INTL GROWTH FD CL A | | None | K | T | | | | | |
| 20. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 21. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 22. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 23. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 24. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 25. AMERICAN BANK | A | Interest | | | Matured | 06/15/09 | J | | |
| 26. AMERICAN BANK | A | Interest | L | T | | | | | |
| 27. AMERICAN BANK | A | Interest | L | T | | | | | |
| 28. PRIME CARE IPA | | None | J | T | | | | • | |
| 29. 9.428562% Intl███████ CARDIOVASCULAR IMAGING, L.P. | E | Distribution | K | T | | | | | |
| 30. 9.524%INT ███ CARDIOVASCULAR IMAGING MGMT L C | A | Interest | J | T | | | | | |
| 31. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 32. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | K | T | | | | | |
| 33. AMERICAN BANK | | None | | | Closed | 02/02/09 | J | | |
| 34. FIRST NATL BANK | B | Interest | | | Matured | 12/14/09 | L | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIRST NATL BANK | A | Interest | | | Matured | 09/02/09 | J | | |
| 36. FROST NATL BANK | A | Interest | | | Redeemed | 08/27/09 | J | | |
| 37. AMERICAN PHYSICIANS SRVICE GROUP INC. COM STOCK | A | Dividend | J | T | | | | | |
| 38. FROST NATL BANK | A | Dividend | | | Closed | 03/10/09 | J | | |
| 39. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 40. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | J | T | | | | | |
| 41. EDUCATION TRUST #1 - REAL ESTATE | D | Distribution | K | T | | | | | |
| 42. EDUCATION TRUST #2 - REAL ESTATE | D | Distribution | K | T | | | | | |
| 43. REALTY LLC - REAL ESTATE | D | Rent | P1 | U | Distributed (part) | 12/31/09 | K | | |
| 44. BANK OF AMERICA | | None | J | T | | | | | |
| 45. 2008 LIFETIME TRUST | D | Distribution | K | T | | | | | |
| 46. FROST BANK | A | Interest | J | T | | | | | |
| 47. FROST BANK | A | Interest | J | T | | | | | |
| 48. FROST BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 4/20/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544